MILLCREEK TOWNSHIP SCHOOL DISTRICT, Petitioner

v.

ERIE COUNTY BOARD OF ASSESSMENT APPEALS, Respondent

v.

Wegmans Food Markets, Inc., Respondent

No. 276 WAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Bernard J. TERRELL, Petitioner

No. 380 EAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.